UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

S.Y.,

    Plaintiff,

v.      Case No: 2:20-cv-604-JES-MRM

HOLISTIC HEALTH HEALING, INC.,

    Defendant.

**ORDER**

    This matter comes before the Court on the parties' Stipulation for Voluntary Dismissal with Prejudice (Doc. #64) filed on June 13, 2022. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

    **DONE and ORDERED** at Fort Myers, Florida, this __14th__ day of June 2022.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record